NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**HTC CORPORATION AND HTC AMERICA, INC.,**
*Intervenors.*

---

2012-1125

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-710.

-------------------------------------------------

---

**HTC CORPORATION AND HTC AMERICA, INC.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**APPLE INC.,**
*Intervenor.*

---

2012-1226

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-710.

---

**ON MOTION**

---

# ORDER

The parties move for leave to treat appeal nos. 2012-1125 and 2012-1226 as companion cases before the same merits panel, for leave to align the briefing schedules so that the appellants' opening briefs are due May 16, 2012, the appellees' response briefs are due July 20, 2012, and the appellants' reply briefs are due August 13, 2012, and for leave to permit the parties to file a combined joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to treat appeal nos. 2012-1125 and 2012-1226 as companion cases before the same merits panel is granted.

(2) The motion to align the briefing schedule is granted. The appellants' opening briefs are due May 16, 2012.

(3) The motion for leave to file a combined joint appendix is granted.

FOR THE COURT

__APR 0 3 2012__                    /s/ Jan Horbaly
Date                                Jan Horbaly
                                    Clerk

cc:  Marcus E. Sernel, Esq.
     Sidney A. Rosenzweig, Esq.
     James B. Coughlan, Esq.
     Robert A. Van Nest, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 3 2012

JAN HORBALY
CLERK